No. 238. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* JAMES SWAIN. October 10, 1927. Petition for a writ of certiorari to the St. Louis Court of Appeals, State of Missouri, denied. *Mr. J. L. Howell* for petitioner. *Mr. Mark D. Eagleton* for respondent.

No. 239. JOHN CARUTHERS *v.* HENRY B. HINES AND CAL. T. SCOTT. October 10, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Texas denied. *Mr. Wm. R. Watkins* for petitioner. No appearance for respondents.

No. 241. APOLINARIA SOLON *v.* THE GOVERNMENT OF THE PHILIPPINE ISLANDS ET AL. October 10, 1927. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Gregory Cipriani* for petitioner. *Mr. Wm. C. Rigby* for respondents.

No. 243. DETROIT STEEL PRODUCTS COMPANY *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Edwin C. Brandenburg* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 244. REMBRANDT H. PEALE *v.* DWIGHT F. DAVIS, SECRETARY OF WAR, HUBERT WORK, SECRETARY OF THE INTERIOR, WILLIAM M. JARDINE ET AL. October 10, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Patrick H. Loughran* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for respondents.